**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

BETTY LARK,                                                    CASE NO.: 8:16-cv-2236-T-30JSS

      Plaintiff,

vs.

COMENITY CAPITAL BANK,

      Defendant.

_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

**COMES NOW**, Plaintiff, BETTY LARK, by and through her undersigned counsel, and hereby files this Notice of Settlement and states that Plaintiff, BETTY LARK and Defendant, COMENITY CAPITAL BANK, have come to an amicable settlement agreement.

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**BOSS LAW**

/s/ Christopher W. Boss_____
Christopher W. Boss, Esq.
Fla. Bar. No.: 13183
9887 Fourth Street N., Suite 202
St. Petersburg, FL 33702
Phone: 727-471-0039
Service Email:
cpservice@protectyourfuture.com
Plaintiff's Counsel of Record