IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BETTY LARK,

    Plaintiff,

vs.

COMENITY CAPITAL BANK,

    Defendant,
_____/

CASE NO.: 8:16-cv-2236-T-30JSS

This motion/petition/stipulation has been duly considered and is hereby GRANTED, this 23 day of JANUARY, 20 17.

JAMES S. MOODY, JR.
U.S. DISTRICT JUDGE

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby dismiss the above-entitled action and all claims asserted in the action with prejudice, with each party to bear their own fees and costs.

Date: January 23, 2017

/s/ Charles J. McHale
Charles J. McHale, Esq.
Florida Bar No.: 0026555
Golden Scaz Gagain, PLLC
Email:
cmchale@gsgfirm.com
201 North Armenia Avenue
Tampa, FL 33609
Telephone: (813) 251-5500
Facsimile: (813) 251-3675
*Counsel for Defendant*

/s/ Christopher W. Boss
Christopher W. Boss, Esq.
Florida Bar No.: 13183
Boss law
Email:
cpservice@protectyourfuture.com
9887 Fourth Street North, Suite 202
St. Petersburg, Florida 33702
Telephone: (727) 471-0039
Facsimile: (727) 471-1206
*Counsel for Plaintiff*

*[Certificate of service on following page]*